# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Derrick Lee Cardello-Smith, *et al.*,

      Plaintiffs,  Case No. 26-12177

v.          Judith E. Levy
           United States District Judge

Sean Combs, *et al.*,

          Mag. Judge David R. Grand

      Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed without prejudice.

          KINIKIA D. ESSIX
          CLERK OF THE COURT

       By: s/Richard Thieme
          DEPUTY COURT CLERK

Date: June 30, 2026

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE